UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF DISCOVERY PARK,<br><br>            Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>            Defendant. | C20-1648 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties Joint Status Report, docket no. 9, the parties are DIRECTED to file an additional Joint Status Report by July 12, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of April, 2021.

                                                        William M. McCool
                                                        Clerk

                                                        s/Gail Glass
                                                        Deputy Clerk

MINUTE ORDER - 1