UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF DISCOVERY PARK,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,<br><br>    Defendant. | C20-1648 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Joint Status Report, docket no. 12, the parties are DIRECTED to file an additional Joint Status Report by January 18, 2022.  This, however, is the parties' fourth request for 90 days to provide the Court with a status update and the Court will not grant any further requests without good cause.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of October, 2021.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1