The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF DISCOVERY PARK, | Case No. 2:20-cv-01648 TL |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | |
| Defendant. | |

The parties, by and through their respective counsel, file the following status report. Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA"), 5 USC § 552, against the Defendant seeking the disclosure of certain documents. The parties agree that Defendant has now completed its production and there are no further substantive issues remaining in this matter in regard to Defendant's disclosure under FOIA. The remaining issue concerns Plaintiff's request for attorney's fees and costs.

The parties believe that they are near an agreement in principle regarding fees. Therefore, in an effort to conserve both Court and party resources, the parties stipulate that they will continue to work towards resolution of this matter for 30 days. If the parties are able to finalize a settlement within that time, they will notify the Court and dismiss the matter.

ORDER
2:20-cv-01648 TL
PAGE– 1

Otherwise, at the end of 30 days Plaintiff will dismiss (or take other appropriate action) and timely move for attorney's fees.

  DATED this 31st day of May, 2022

                Respectfully submitted,

                BRICKLIN & NEWMAN, LLP

                *s/* David A. Bricklin
                David A. Bricklin, WSBA No. 7583
                Alex Sidles, WSBA No. 52832
                Bricklin & Newman, LLP
                1424 Fourth Avenue, Suite 500
                Seattle, WA 98101
                Phone: 206-264-8600
                Fax: 206-264-9300
                bricklin@bnd-law.com
                sidles@bnd-law.com

                *Attorneys for Plaintiff*

                Respectfully submitted,

                NICHOLAS W. BROWN
                United States Attorney

                *s/Nickolas Bohl*
                NICKOLAS BOHL, WSBA # 48978
                Assistant United States Attorney
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Phone: 206-553-7070
                Fax: 206-553-4067
                Email: nickolas.bohl@usdoj.gov

                *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**.

Dated this 31st day of May 2022.

Tana Lin
United States District Judge