The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIENDS OF DISCOVERY PARK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br><br>Defendant. | Case No. 2:20-cv-01648-TL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>NOTED FOR CONSIDERATION:<br>June 16, 2022 |

## JOINT STIPULATION

The parties, by and through the undersigned counsel of record, jointly provide notice that this matter has settled. Accordingly, the parties hereby stipulate that the matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, whether or not actually asserted to date, without cost to either party. The parties further request that this Court retain jurisdiction over the matter for sixty (60) days from order of dismissal to allow either party to reopen the case should settlement not be perfected.

//

//

//

1   IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

2   DATED this 16th day of June, 2022.

3                                       Respectfully submitted,

4
                                        BRICKLIN & NEWMAN, LLP
5
                                         s/ David A. Bricklin
6                                       David A. Bricklin, WSBA No. 7583
                                        Alex Sidles, WSBA No. 52832
7                                       Bricklin & Newman, LLP
                                        1424 Fourth Avenue, Suite 500
8                                       Seattle, WA 98101
                                        Phone: 206-264-8600
9                                       Fax: 206-264-9300
                                        bricklin@bnd-law.com
10                                      sidles@bnd-law.com

11                                      *Attorneys for Plaintiff*

12
                                        NICHOLAS W. BROWN
13                                      United States Attorney

14                                       s/ Nickolas Bohl
                                        NICKOLAS BOHL, WSBA #48978
15                                      Assistant United States Attorney
                                        United States Attorney's Office
16                                      700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101-1271
17                                      Phone: 206-553-7970
                                        Fax: 206-553-4067
18                                      Email: nickolas.bohl@usdoj.gov

19                                      *Attorneys for Defendant*

20

21

22

23

24

25

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
2:20-cv-01648-TL
PAGE– 2

**ORDER**

Counsel having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.  In the event that settlement is not perfected, any party may move to reopen the case within sixty (60) days of the date of this order.  Any trial date and pretrial dates previously set are hereby VACATED.

Dated this 17th day of June 2022.

Tana Lin
United States District Judge